AO 91 (Rev. 12/10) Criminal Complaint

SEALED

# United States District Court

NORTHERN _____ DISTRICT OF _____ TEXAS

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

**FILED**

SEP - 5 2014

CLERK, U.S. DISTRICT COURT
By _____
        Deputy

UNITED STATES OF AMERICA

V.                                              **COMPLAINT**

MARION PRUITT                    CASE NUMBER: 3-14-MJ- 638-BF

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about August 29, 2014, in the Dallas Division of the Northern District of Texas, defendant(s) did,

> knowingly and intentionally take, by force and violence, and intimidation, from the person and presence of another, namely, an employee of Bank of America, 3523 S. Lancaster Road, Dallas, Texas, United States currency belonging to and in the care, custody, control, management and possession of Bank of America, a bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation,

in violation of Title 18, United States Code, Section(s) 2113(a) .

I further state that I am a(n) Task Force Officer with the Federal Bureau of Investigation (FBI) and that this complaint is based on the following facts:

> See attached Affidavit of Task Force Officer Anthony Winn, (FBI) which is incorporated and made a part hereof by reference.

Continued on the attached sheet and made a part hereof:    XX Yes    No

Signature of Complainant
ANTHONY WINN
Task Force Officer, (FBI)

Sworn to before me and subscribed in my presence, on this ___5___ day of September, 2014, at Dallas, Texas.

PAUL D. STICKNEY
UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer                    Signature of Judicial Officer

## AFFIDAVIT

Your affiant, Anthony Winn, is a Dallas Police Officer assigned to the Safe Street

Violent Crime Task Force with the Federal Bureau of Investigation (FBI) and

Primarily investigates bank robberies. Affiant has been a Dallas Police Officer for

Twenty-six years, and assigned to the Task Force for eleven years. This affidavit is made

in support of an arrest warrant for Marion Pruitt, black male, date of birth 06/**/1962.

This affidavit is based on my personal knowledge and information provided to me by

other law enforcement officers who participated in this investigation. Since this affidavit

is being submitted for the limited purpose of securing a complaint, I have not included

each and every fact known to me concerning this investigation.

### OVERVIEW

On August 29, 2014, at approximately 2:47 p.m., the Bank of America, located

at 3523 S. Lancaster Road , Dallas, Texas, which is in the Dallas Division of the Northern

District of Texas, had been robbed by an unknown black male suspect. Dallas Police

responded to the location.

### FACTS

On August 29, 2014, your affiant was notified by Dallas Police Dispatch that the

Bank of America, located at 3523 S. Lancaster Road, Dallas, Texas had been

robbed by an unknown individual. The bank's deposits are insured by the Federal

Deposit Insurance Corporation (FDIC). Upon arrival at the bank, your affiant

interviewed witness/victim Mayra Mendez. Witness Mendez is employed by Bank of

Affidavit – Page 1

America as a teller.  Witness Mendez stated that she was standing behind the teller's counter, which is enclosed with bank robbery glass, assisting bank customers when she observed the suspect who was later identified as Marion Pruitt standing in the customer's line. Mendez stated that she greeted Pruitt as he approached her teller's station. She stated that Pruitt did not say anything to her instead he slid two hand written notes underneath the glass. Mendez stated that she read the notes. The notes stated, "Don't alarm the guard I will shoot. This is a bank robbery don't push any buttons or alarm anyone I don't want anyone to get hurt. Don't give me any dye packs or sensors give me all the money out of the drawer quickly." Mendez stated that she was scared and in fear for her life. She stated that she was about to step away from her teller's window, but Pruitt made a gesture with his right hand in his pocket, indicating that he had a gun.  Mendez stated that she assumed Pruitt had a gun so she complied with his demands.  Mendez stated that she gave Pruitt $8,999.00 in United States Currency.  She stated that she asked Pruitt if he had a bag, and he replied, "No, I will put it in my pocket."  Mendez stated Pruitt left the bank after she gave him the money.

Dallas Police Crime Scene responded to the location and processed the scene. On September 2, 2014, Affiant received information from an anonymous tipster that the person responsible for the robbery at the Bank of America is Marion Pruitt.  Affiant compared a known photo of Pruitt with the bank surveillance robbery photo, and they appeared to be the same person.

Affidavit – Page 2

On September 4, 2014, Affiant and FBI Special Agent John Wetherington contacted Mendez at work. She was shown six black and white photos that included the photo of Pruitt. Mendez positively identified the photo of Pruitt as the person who robbed her on August 28, 2014.

On September 4, 2014, Affiant received a phone call from Dallas Police Dispatch that Marion Pruitt had been taken into custody after he returned to the same Bank of America that he robbed on August 29, 2014.  Pruitt was transported to Dallas Police Headquarters.

Affiant and FBI Special Agent John Wetherington interviewed Pruitt. The interview was videotaped Pruitt was advised of his *Miranda* warning, which Pruitt waived and elected to speak to the investigators. Pruitt admitted to robbing the Bank of America on August 29, 2014.  He stated that he had returned to the bank on September 4, 2014 to rob it again.  He also signed two robbery surveillance photos indicating that he is the person in the pictures.

[NO FURTHER INFORMATION ON THIS PAGE]

## CONCLUSION

Based on the forgoing facts and circumstances, there is probable cause to believe that Marion Pruitt, intentionally and knowingly committed a violation of Title 18 United States Code, Section 2113(a) that is bank robbery, for the robbery of Bank of America located at 3523 S. Lancaster Road, Dallas, Texas, in the Dallas Division of the Northern District of Texas, and I request that the Court issue a warrant for his arrest for this offense.

Anthony Winn
FBI Task Force Officer

SWORN AND SUBSCRIBED to before me on the ___ day of September, 2014.

Paul D. Stickney
United States Magistrate Judge
Northern District of Texas

Affidavit – Page 4